**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Crim Case No.   1:07-cr-00244-RDB** |
| | * | **Civil Case No.    1:25-cv-2120-RDB** |
| **TIMOTHY CLARIDY** | * | |
| **Defendant** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CONSENT MOTION TO EXTEND TIME FOR REPLY TO GOVERNMENT'S FIRST AND SECOND PARTIAL RESPONSE IN OPPOSITION TO DEFENDANT CLARIDY'S AMENDED MOTION TO VACATE WITH PROPOSED SCHEDULE**

Defendant, Timothy Claridy ("Claridy"), by and through undersigned counsel, with the Consent of the Government through Assistant United States Attorney Stanton Lawyer, respectfully file this Consent Motion to Extend Time to Respond to the Government's [First] Partial Response in Opposition to Defendant Claridy's Motion to Vacate (ECF 150) and Second Partial Response (ECF 157), and in support thereof states as follows.

1.      A 51-Page Motion to Vacate Judgment was filed with the District Court on or about July 1, 2025.  This included Eight (8) Exhibits, including the 660-Page Steptoe Report.  (ECF 148)

2.      The Government did not do a specific Opposition Response to the Detailed filing, but a 3-page single spaced "Partial" Response on or about August 5, 2025.  (ECF 150)  A subsequent Amended Motion to Vacate Judgment was filed by Defendant (ECF 155), and the Government filed a Second Partial Response.  (ECF 157)

3.      A Proposed Schedule was agreed upon, noting with an Amended Complaint, a Response by the United States due on or about November 12, 2025, and a Reply by the Defendant Claridy on or about December 15, 2025.  With additional Consents of the United States, this Reply was extended through Monday, March 23, 2026, with an additional Proposed Updated Schedule, including the Government to File a Sur-Reply, under Maryland Local Rule 105.2.

4.      This Court granted the Consent Requests *inter alia*  due to Counsel for Claridy's being tasked to help resolve complex family health matters referenced previously, including surprisingly lengthy, unpredictable, and multiple hospitalizations.  Much of the past ten (10) days, undersigned counsel has been out of state, working with various health and medical professionals, and some legal matters related to family health matters, necessitated staying in town for an extra few days, and  thus Counsel  respectfully just got back in town.  Additionally, the work out of state involved, bringing and reviewing a significant amount of paper documents on the trip, including health records, related to these matters.  Meanwhile, as Mr. Claridy's full case file is significant, and accessible only while in Maryland, as much is in paper form, and not all are in electronic form.

5.      There has been substantial progress in finalizing a Reply on behalf of Mr. Claridy, and Counsel expects to now have a filing completed by Friday, March 27, 2026.

6.      Counsel for the United States Stanton Lawyer has graciously agreed to requested extension through Friday, March 27, 2026. This motion is not made for improper purpose or delay and is not prejudicial to any party.  A Proposed Order is attached for this Court's convenience.

WHEREFORE, the Plaintiff Timothy Claridy respectfully requests this Court grant the Consent Motion for Extension of Time and update Proposed Schedule.

Respectfully submitted,

_____/s/_____

Michael Wein, Esquire (Bar No. 15950)
Law Offices of Michael A. Wein, LLC.
7845 Belle Point Drive
Greenbelt, MD 20770
weinlaw@hotmail.com
*Counsel for Defendant Claridy*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23[th] day of March 2026, a copy of the foregoing Consent Extension Motion was filed with the United States District Court for the District of Maryland by electronic filing.  All counsel of record were served via the Court's electronic filing system.          _____/s/_____

Michael Wein, Esquire

2